# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 86

In the Interest of A.T., Minor Child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| A.T., child, T.T., mother, | Respondents |
| and | |
| J.T., father, | Respondent and Appellant |

## No. 20200092

Appeal from the Juvenile Court of Ward County, North Central Judicial District, the Honorable Connie S. Portscheller, Judicial Referee.

AFFIRMED.

Per Curiam.

Nathan A. Wersal, Assistant State's Attorney, Minot, N.D., for petitioner and appellee; submitted on brief.

Kyle R. Craig, Minot, N.D., for respondent and appellant; submitted on brief.

**Per Curiam.**

[¶1]   J.T. appeals from a juvenile court order terminating his parental rights to A.T. On appeal, J.T. argues the juvenile court erred in terminating his parental rights because its findings that A.T. was deprived and the deprivation was likely to continue were clearly erroneous. We conclude the juvenile court's findings are supported by clear and convincing evidence, are not clearly erroneous, and support the termination of J.T.'s parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Lisa Fair McEvers
       Gerald W. VandeWalle
       Daniel J. Crothers
       Jerod E. Tufte